# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) |
| INTEGRITY ADVANCE, LLC and JAMES R. CARNES, | ) ) ) ) |
| Respondents. | ) ) ) |

Case No. 21-mc-206-JWL

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (doc. #--) filed on July 29, 2021, judgment is entered in favor of Consumer Financial Protection Bureau against respondents Integrity Advance, LLC and James R. Carnes for restitution in the amount of $38,453,341.62; against Integrity Advance, LLC in the amount of $7,500,000 for a civil penalty; and James R. Carnes in the amount of $5,000,000 for a civil penalty.

IT IS FURTHER ORDERED that the respondents Integrity Advance, LLC and James R. Carnes shall comply with the Petitioner's Final Order of January 11, 2021, which is incorporated herein by reference.

07/30/2021  TIMOTHY M. O'BRIEN
Date  CLERK OF THE DISTRICT COURT

by:  *s/ Sharon Scheurer*
  Deputy Clerk